UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
YLIANEXIS ROBLES,

                Plaintiff,

-against-

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,
                          Defendant.
-----------------------------------------------------------X

16 CIVIL 1557 (KMK)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/24/2020

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 24, 2020, Judge Smith's R&R is adopted in its entirety, Plaintiff's Motion for Judgment on the Pleadings is denied, and Defendant's Motion for Judgment on the Pleadings is granted; accordingly, the case is closed.

**Dated:** New York, New York
        February 24, 2020

**RUBY J. KRAJICK**
Clerk of Court

BY: _____
**Deputy Clerk**